

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

SHEMORI S. CORINTHIAN
Labor and Employment Law Division
(212) 356-4076
scorinth@law.nyc.gov

July 16, 2024

**BY ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13A South
Brooklyn, New York 11201

> Re:  Eisenberg v. New York City Department of Education, et al.
>       Docket No. 24-CV-01661 (VMS)

Dear Judge Scanlon:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to represent the New York City Department of Education ("DOE") in the above-referenced matter.  I write to update the Court on the status of motion practice in this matter.

On May 28, 2024, the Court ordered Defendants to serve a response to the Complaint by June 24, 2024.  In a minute order dated July 10, 2024, the Court, believing that Defendants had not yet responded to the complaint in this action, directed Defendants to answer or otherwise respond to the complaint by July 19, 2024.  However, on June 24, 2024, Defendants served Plaintiff with a motion to dismiss the complaint in this action.  The motion was not filed on the docket sheet pursuant to Rule III (c)(4) of Your Honor's Individual Rules of Practice, which requires that motion papers to be filed with the Court only after a motion has been fully briefed. The notice of motion applied the EDNY's default motion deadlines requiring Plaintiff to respond to the motion by July 8, 2024, fourteen days after service.  On July 3, 2024, Plaintiff contacted Defendants' counsel to request 60 days to serve opposition papers and Defendants' counsel consented to the Plaintiff's request.  On July 9, 2024, Defendants' counsel asked Plaintiff to memorialize the conversation by submitting a joint briefing schedule to the Court for approval. Plaintiff declined to enter into a proposed briefing schedule.  On that same day, Plaintiff filed a letter with the Court to request a 60-day extension to submit opposition papers.  (see ECF Dkt. No. 13).

Defendants now request that the Court approve the following proposed briefing schedule for Plaintiff's opposition to Defendants' motion and for Defendants' reply papers:

1. August 24, 2024: Plaintiff's Opposition Papers Due

2. September 13, 2024: Defendants' Reply Papers Due

Further, the Defendants respectfully request that the initial conference scheduled for August 24, 2024 and the due date for the Joint Proposed Civil Case Management Plan be adjourned until after the motion practice has concluded in this matter.

Respectfully submitted,

*/s/ Shemori S. Corinthian*
Shemori S. Corinthian
Assistant Corporation Counsel

cc:    Michael Eisenberg (by email and First-Class Mail)
Plaintiff Pro Se
161 Derby Street
Valley Stream, New York 11581
Tel.: (516) 395-7644
mjeisenberg@gmail.com

2