UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MICHAEL EISENBERG,

<table>
<tr><td></td><td>Plaintiff,</td><td>**NOTICE OF MOTION TO DISMISS THE COMPLAINT**</td></tr>
<tr><td></td><td>-against-</td><td>24 Civ. 01661 (VMS)</td></tr>
</table>

NEW YORK CITY DEPARTMENT OF EDUCATION; NAMITA DWARKA, Deputy Superintendent Queens South & former Principal of William Cullen Bryant High School, in her official and individual capacity; CARLYN ST. AUBAIN, Principal of William Cullen Bryant High School, in her official and individual capacity; ALLISSA CREA MASON, Assistant Principal of Arts, Guidance, PPS & Student Engagement of William Cullen Bryan High School, in her official and individual capacity,

Defendants.

------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Counsel Shemori S. Corinthian, dated June 24, 2024, together with the annexed exhibits, the Local Civil Rule 12.1 Notice, dated June 24, 2024, the accompanying Memorandum of Law, dated June 24, 2024, and all the papers and proceedings previously had herein, Defendants will move this Court, before the Honorable Vera M. Scanlon, United States Magistrate Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 13A South, Brooklyn, New York 11201, on a date and at a time to be designated by the Court, for an order and judgment pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety on the grounds that 1) Plaintiff's claims under the ADA and ADEA, are partially time-barred, and the Complaint otherwise fails to state plausible claims for discrimination, retaliation, and hostile work environment under these statutes; (2) Plaintiff fails to state a plausible claim under 42 U.S.C. § 1983 for 1st Amendment retaliation; (3) Plaintiff failed to comply with applicable notice of claim

requirements under NY Education Law § 3813; and (4) Plaintiff's claims under the SHRL and the CHRL are partially time-barred, and the allegations set forth in the Complaint otherwise fail to state a cause of action for discrimination, retaliation, and hostile work environment under these statutes.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion must be served within 14 days after service of these motion papers and Defendants' reply papers must be served within 7 days after service of Plaintiff's opposition.

Dated:      New York, New York
           June 24, 2024

                                 **MURIEL GOODE-TRUFANT**
Acting Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-188
New York, New York 10007
(212) 356-4076
scorinth@law.nyc.gov

By:    */s/ Shemori S. Corinthian*
         Shemori S. Corinthian
         Assistant Corporation Counsel

To:   Michael Eisenberg (by email and Overnight Mail)
     Plaintiff Pro Se
     161 Derby Street
     Valley Stream, New York 11581
     Tel.: (516) 395-7644
     mjeisenberg@gmail.com

| UNITED STATES DISTRICT COURT |
| EASTERN DISTRICT OF NEW YORK |

MICHAEL EISENBERG,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; NAMITA DWARKA, Deputy Superintendent Queens South & former Principal of William Cullen Bryant High School, in her official and individual capacity; CARLYN ST. AUBAIN, Principal of William Cullen Bryant High School, in her official and individual capacity; ALLISSA CREA MASON, Assistant Principal of Arts, Guidance, PPS & Student Engagement of William Cullen Bryan High School, in her official and individual capacity,

Defendants.

## NOTICE OF MOTION TO DISMISS THE COMPLAINT, RULE 12.1 NOTICE AND DECLARATION

### *MURIEL GOODE-TRUFANT*

*Acting Corporation Counsel of the City of New York*

*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel:  Shemori S. Corinthian*
*Tel:  (212) 356-4076*
*Matter #:  2024-030432*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ...................................................., 2024.*

*.........................................................................., Esq.*

*Attorney for.....................................................................*