December 11, 2024

Honorable Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6A South
Brooklyn, New York 11201

Re: Eisenberg v. New York City Department of Education, et al.
Docket No. 24-CV-01661 (VMS)

Dear Judge Gonzalez:

Plaintiff acting *pro se* respectfully requests that Your Honor grant permission for the filing of an amended pleading both for the purposes of amplification of the complaint, adding parties and claims, and given several recent changes in Plaintiff's position with regard to the release obtained from Jafri Law Firm pertaining to a related matter and with regard to new information received as of December 8, 2024. As Your Honor has instructed, kindly find attached a proposed amended complaint. Plaintiff thanks the Court for its consideration of this request.

Sincerely Yours,

Michael J. Eisenberg, *pro se*